IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA MIKSIT, as Co-Administratrix of the Estate of Maryann G. Melvin, deceased and in her own right, and FRANCIS MIKSIT, As Co-Administrator of the Estate of Maryann G. Melvin, deceased,

                Plaintiffs

                v.

Dawn M. Salvatore, M.D., Thomas Jefferson University d/b/a Jefferson Health, Thomas Jefferson University Hospitals, Inc. d/b/a Thomas Jefferson University Hospital, Jefferson University Physicians,

                Defendants

### NOTICE OF REMOVAL OF DEFENDANTS' DAWN M. SALVATORE, M.D., THOMAS JEFFERSON UNIVERSITY D/B/A JEFFERSON HEALTH, THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. D/B/A THOMAS JEFFERSON UNIVERSITY HOSPITAL, AND JEFFERSON UNIVERSITY PHYSICIANS

Defendant, Dawn M. Salvatore, M.D., Thomas Jefferson University d/b/a Jefferson Health, Thomas Jefferson University Hospitals, Inc. d/b/a Thomas Jefferson University Hospital, Jefferson University Physicians (the "Removing Defendants") by and through their counsel, Matthew R. Shindell, Esquire, and the law firm of Barker Patterson Nichols, LLC remove this action from the Court of Common Pleas of Philadelphia, docketed in the January Term, 2026, No. 02272 ("State Court Action") to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1441, and in support thereof avers as follows:

1. Plaintiffs, Lisa Miskin and Francis Miksit, as Co-Administratrix and Co-Administrator of the Estate of Maryann G. Melvin, commenced the State Court Action by filing the original Complaint on or about January 19, 2026, against Removing Defendants. *See* a true

and correct copy of Plaintiffs' Complaint, attached hereto as Exhibit "A."

2. Plaintiffs are residents of New Jersey.

3. All of the Defendants are residents of Pennsylvania.

4. Counsel for Removing Defendants entered his appearance in the Philadelphia Court of Common Pleas on January 23, 2026.

5. According to the Complaint, on July 31, 2024, the plaintiff-deceased Maryann G. Melvin, suffered personal injuries and death after undergoing an Endovascular Repair. *See* Exhibit "A."

6. In the ad damnum clauses of the Amended Complaint, Plaintiffs states they are seeking "an amount in excess of $50,000 … exclusive of prejudgment interest, post-judgment interest, and costs." *See* Exhibit "A."

7. It is more than likely that Plaintiffs allege damages far in excess of $75,000.00.

8. The total damages claimed by the Plaintiff therefore likely exceed the sum of $75,000.00, exclusive of interest and costs.

9. Based upon the Complaint, Plaintiffs are residents of New Jersey, and Defendants are residents of Pennsylvania.

10. The corporate defendants have principle places of business in Pennsylvania.

11. There is complete diversity in this matter.

12. Based upon the allegations and claims contained in the Plaintiffs' Complaint, Removing Defendant believes this matter involves a dispute between citizens of different states, and is therefore removable under 28 U.S.C. § 1446.

13. This removal is timely under 28 U.S.C. §1446(b).

14. No further proceedings have taken place in the State Court Action.

15. This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332 and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441.

16. Removing Defendants simultaneously with the filing of this notice, provided written notice to counsel for Plaintiffs of the removal of this action.

17. Removing Defendants filed a copy of this Notice of Removal, with all attachments, in the Court of Common Pleas of Philadelphia.

WHEREFORE, Removing Defendants, respectfully request that the above titled action now pending in the Court of Common Pleas of Philadelphia be removed to the United States District Court for the Eastern District of Pennsylvania.

Date 2/2/26                                            Respectfully,

*/s/ Matthew R. Shindell*
**MATTHEW R. SHINDELL, ESQUIRE**
**1760 Market St., Suite 1200**
**Philadelphia, PA 19103**
**(267) 271-2968**
**m.shindell@bpn.law**
**ATTORNEYS FOR DEFENDANTS**